# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2267
_____

M.M., individually, and as the
Natural Parent and Guardian of
M.D.M., a minor,

    Appellant,

    v.

MED-TRANS, a North Dakota
Corporation d/b/a
SHANDSCAIR,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

June 17, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, ROBERTS, and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

J. Clancey Bounds and T'anjuiming "Ming" A. Marx of Bounds Law Group, Maitland; David J. Sales and Daniel R. Hoffman of David J. Sales PA, Sarasota, for Appellant.

E. Victoria Penny, Miriam R. Coles, and Halley M. Stephens of Henry Buchanan, P.A., Tallahassee, for Appellee.